UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-02166-CMA-MEH

FRED NEKOUEE, individually,                                :
                                                                              :
                                   Plaintiff,                        :
                                                                              :
vs.                                                                         :
                                                                              :
SILVER LEAF DEVELOPMENT, LLC, a              :
Colorado limited liability company; and            :
                                                                              :
CHUB BURGER, LLC, a Colorado limited        :
liability company;                                              :
                                                                              :
                                                                              :
                                   Defendants.                   :
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE
## OF DEFENDANT CHUB BURGER, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Fred Nekouee ("Plaintiff") hereby dismisses

Plaintiff's claims against Defendant CHUB BURGER, LLC with prejudice as the parties have

entered into a settlement agreement.

DATE:  October 16, 2019

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (CO # 28399)
Law Offices of Robert J. Vincze
PO Box 792
Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October 2019, I filed a true and correct copy of the foregoing Notice via the Court's CM/ECF system.


*s/Robert J. Vincze*
Robert J. Vincze (CO #28399)